**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

Case number *(if known)* _____  Chapter __7__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **RFSPOT, Inc.** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-4978841** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **4962 El Camino Real** <br> **Los Altos, CA 94022** <br> Number, Street, City, State & ZIP Code | <br><br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Santa Clara** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)  **www.rfspot.com**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **RFSPOT, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☑ No

☐ Yes.

| Debtor | _____ | | Relationship | _____ |
|---|---|---|---|---|
| District | _____ | When _____ | Case number, if known | _____ |

Debtor     **RFSPOT, Inc.**                                          Case number *(if known)* _____
          ─────────────────────────────────────
          Name

**11. Why is the case filed in *this district*?**     *Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

        Contact name _____

        Phone _____

---

███  **Statistical and administrative information**

**13. Debtor's estimation of available funds**     .     *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☑ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Case: 16-53325   Doc# 1   Filed: 11/23/16   Entered: 11/23/16 14:27:41   Page 3 of 46

| Debtor | **RFSPOT, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 23, 2016**
               MM / DD / YYYY

**X** **/s/ Andrew Gold**                                **Andrew Gold**
Signature of authorized representative of debtor        Printed name

Title     **President**

**18. Signature of attorney**

**X** **/s/ Michael W. Malter**                  Date **November 23, 2016**
Signature of attorney for debtor                       MM / DD / YYYY

**Michael W. Malter**
Printed name

**Binder & Malter, LLP**
Firm name

**2775 Park Avenue**
**Santa Clara, CA 95050**
Number, Street, City, State & ZIP Code

Contact phone    **(408) 295-1700**       Email address

**#96533**
Bar number and State

Case: 16-53325    Doc# 1    Filed: 11/23/16    Entered: 11/23/16 14:27:41    Page 4 of 46

**Fill in this information to identify the case:**

Debtor name  **RFSPOT, Inc.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

|  | **Declaration and signature** |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **November 23, 2016**          *X* **/s/ Andrew Gold**
                                       Signature of individual signing on behalf of debtor

                                       **Andrew Gold**
                                       Printed name

                                       **President**
                                       Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **RFSPOT, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

Case number (if known)    _____

☐ Check if this is an
   amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*..................................................................................    $            **0.00**

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*...............................................................................    $       **11,795.00**

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*.................................................................................    $       **11,795.00**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $       **0.00**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................    $       **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................    +$     **12,396,915.43**

4.  **Total liabilities** ..................................................................................................
    Lines 2 + 3a + 3b

    $     **12,396,915.43**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case: 16-53325    Doc# 1    Filed: 11/23/16    Entered: 11/23/16 14:27:41    Page 6 of 46

**Fill in this information to identify the case:**

Debtor name    **RFSPOT, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | **$95.00** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
     Name of institution (bank or brokerage firm)      Type of account      Last 4 digits of account number

4.    **Other cash equivalents** *(Identify all)*

| | |
|---|---|
|      **Funds from the sale of the Debtor's inventory to All Assets Recovery Corp. are held by Dave Epstein, shareholder of the corporation, as the Debtor no longer has a bank** | |
| 4.1.    **account.** | **$1,500.00** |

5.    **Total of Part 1.**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.        **$1,595.00**

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes Fill in the information below.

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

   ☑ No. Go to Part 4.
   ☐ Yes Fill in the information below.

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor     **RFSPOT, Inc.**                                              Case number *(If known)*  _____
           Name

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** Inventory consisting of computer parts, carts, printers and monitors. | | **Unknown** | **Liquidation** | **$2,200.00** |

23. **Total of Part 5.**                                                                                    **$2,200.00**

   Add lines 19 through 22.  Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
   ■ No
   ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   ■ No
   ☐ Yes. Book value _____  Valuation method _____  Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. **Office furniture** Office furnishings | | **Unknown** | **Liquidation** | **$1,000.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor  **RFSPOT, Inc.**
_____     Case number *(If known)*  _____
Name

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and
       communication systems equipment and software**

42.    **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork;
       books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
       collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                        | $1,000.00 |
       Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

     ☐ No.  Go to Part 9.
     ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49.  **Aircraft and accessories** | | | |
| 50.  **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**Two (2) robotic designs with examples** | $0.00 | | $7,000.00 |

51.    **Total of Part 8.**                                                        | $7,000.00 |
       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 9:**    **Real property**

54.  **Does the debtor own or lease any real property?**

     ■ No.  Go to Part 10.
     ☐ Yes Fill in the information below.

Official Form 206A/B                  Schedule A/B Assets - Real and Personal Property                  page 3

Debtor    **RFSPOT, Inc.**                 Case number *(If known)*
         Name

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** <br> **Patent - US 8,977,298 (not assigned by all inventors to Debtor)** | **Unknown** | | **Unknown** |
| **Patent - US 8,781,495 (not assigned by all inventors to Debtor)** | **Unknown** | | **Unknown** |
| **Patent - US 8,666,432 (assigned to Debtor)** | **Unknown** | | **Unknown** |
| **Patent - US 9,008,685 (not assigned by all inventors to debtor)** | **Unknown** | | **Unknown** |

61.     **Internet domain names and websites**

62.     **Licenses, franchises, and royalties**

63.     **Customer lists, mailing lists, or other compilations**

64.     **Other intangibles, or intellectual property**

65.     **Goodwill**

66.     **Total of Part 10.**

      Add lines 60 through 65. Copy the total to line 89.                         **$0.00**

67.     **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
      ■ No
      ☐ Yes

68.     **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
      ■ No
      ☐ Yes

69.     **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
      Include all interests in executory contracts and unexpired leases not previously reported on this form.

      ■ No.  Go to Part 12.
      ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                       Best Case Bankruptcy

Debtor **RFSPOT, Inc.**
_____
Name

Case number _(If known)_ _____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** _Copy line 5, Part 1_ | $1,595.00 | |
| 81. **Deposits and prepayments.** _Copy line 9, Part 2._ | $0.00 | |
| 82. **Accounts receivable.** _Copy line 12, Part 3._ | $0.00 | |
| 83. **Investments.** _Copy line 17, Part 4._ | $0.00 | |
| 84. **Inventory.** _Copy line 23, Part 5._ | $2,200.00 | |
| 85. **Farming and fishing-related assets.** _Copy line 33, Part 6._ | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** _Copy line 43, Part 7._ | $1,000.00 | |
| 87. **Machinery, equipment, and vehicles.** _Copy line 51, Part 8._ | $7,000.00 | |
| 88. **Real property.** _Copy line 56, Part 9._.....................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** _Copy line 66, Part 10._ | $0.00 | |
| 90. **All other assets.** _Copy line 78, Part 11._ | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $11,795.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $11,795.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **RFSPOT, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **RFSPOT, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Internal Revenue Service**
**Special Procedures**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**2015 taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$417,382.19** |
|---|---|---|---|

**4920 Corporation**
**4920 El Camino Real**
**Los Altos, CA 94022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Secured notes**

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$127,227.03** |
|---|---|---|---|

**4920 Corporation**
**4920 El Camino Real**
**Los Altos, CA 94022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Unpaid rent**

Is the claim subject to offset? ■ No ☐ Yes

Case: 16-53325    Doc# 1    Filed: 11/23/16    Entered: 11/23/16 14:27:41    Page 13 of 46

Debtor __RFSPOT, Inc._____ Case number *(if known)* _____

Name

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $660.00 |
|---|---|---|---|

**Adcomm Group**
**407 Center Pointe Circle, #1679**
**Altamonte Springs, FL 32701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40,116.24 |
|---|---|---|---|

**Allan Adair**
**555 San Antonio Rd., Apt. 529**
**Mountain View, CA 94040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Unpaid wages__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Andrew Gold**
**4962 El Camino Real**
**Los Altos, CA 94022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Convertible note__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Arnold Porter, LLP**
**Attorneys at Law**
**3 Embarcadero Center**
**San Francisco, CA 94111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Attorneys' fees__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,500.00 |
|---|---|---|---|

**Blue Shield of California**
**50 Beale St.**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Insurance__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Christine Robison**
**Attorney at Law**
**1501 The Alameda**
**San Jose, CA 95126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Attorneys' fees__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,745.79 |
|---|---|---|---|

**Claire Palmer**
**5784 Herma St.**
**San Jose, CA 95123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Unpaid wages__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

| Debtor | **RFSPOT, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,872.50 |
|---|---|---|---|

**Colin Davey**
**3480 Danna Ct.**
**Eugene, OR 97405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,500.00 |
|---|---|---|---|

**CPG Catnet**
**13501 Ranch Roaf 12 STE 103**
**Wimberley, TX 78676**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $81,292.17 |
|---|---|---|---|

**Daigazou (Jiri Fajtl)**
**368 Oxford Rd.**
**Kidlington, Oxfordshire   OX51DA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42,906.30 |
|---|---|---|---|

**Dave Epstein**
**1118 Emerson St.**
**Palo Alto, CA 94301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/17/15

Basis for the claim: __Convertible note__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $107,890.41 |
|---|---|---|---|

**Dave Epstein**
**1118 Emerson St.**
**Palo Alto, CA 94301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/10/15

Basis for the claim: __Convertible note__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57,717.81 |
|---|---|---|---|

**Dave Epstein**
**1118 Emerson St.**
**Palo Alto, CA 94301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/7/14

Basis for the claim: __Convertible note__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57,956.16 |
|---|---|---|---|

**Dave Epstein**
**1118 Emerson St.**
**Palo Alto, CA 94301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/9/14

Basis for the claim: __Convertible note__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Case: 16-53325   Doc# 1   Filed: 11/23/16   Entered: 11/23/16 14:27:41   Page 15 of 46

| Debtor | **RFSPOT, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57,947.95 |
|---|---|---|---|

**Dave Epstein**
**1118 Emerson St.**
**Palo Alto, CA 94301**

Date(s) debt was incurred **3/10/14**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Convertible note**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,158.25 |
|---|---|---|---|

**Dave Epstein**
**1118 Emerson St.**
**Palo Alto, CA 94301**

Date(s) debt was incurred **10/5/12**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Convertible note**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,585.21 |
|---|---|---|---|

**Dave Epstein**
**1118 Emerson St.**
**Palo Alto, CA 94301**

Date(s) debt was incurred **11/8/12**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Convertible note**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $59,062.36 |
|---|---|---|---|

**Dave Epstein**
**1118 Emerson St.**
**Palo Alto, CA 94301**

Date(s) debt was incurred **12/30/12**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Convertible note**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,946.85 |
|---|---|---|---|

**Dave Epstein**
**1118 Emerson St.**
**Palo Alto, CA 94301**

Date(s) debt was incurred **10/14/15**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Convertible note**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,153.97 |
|---|---|---|---|

**Dave Epstein**
**1118 Emerson St.**
**Palo Alto, CA 94301**

Date(s) debt was incurred **11/16/15**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Convertible note**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,717.53 |
|---|---|---|---|

**Dave Epstein**
**1118 Emerson St.**
**Palo Alto, CA 94301**

Date(s) debt was incurred **1/15/16**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Convertible note**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Case: 16-53325   Doc# 1   Filed: 11/23/16   Entered: 11/23/16 14:27:41   Page 16 of 46

| Debtor | **RFSPOT, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.24** | Nonpriority creditor's name and mailing address
**Dave Epstein**
1118 Emerson St.
Palo Alto, CA 94301

Date(s) debt was incurred  **2/3/16**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Convertible note**

Is the claim subject to offset? ■ No  ☐ Yes

**$15,670.68**

---

**3.25** | Nonpriority creditor's name and mailing address
**Dave Epstein**
1118 Emerson St.
Palo Alto, CA 94301

Date(s) debt was incurred  **2/16/16**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Convertible note**

Is the claim subject to offset? ■ No  ☐ Yes

**$15,638.63**

---

**3.26** | Nonpriority creditor's name and mailing address
**David Gurevich**
21 Barroilhet Ave.
San Mateo, CA 94401

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,800.00**

---

**3.27** | Nonpriority creditor's name and mailing address
**DLA Piper US LLP**
Attorneys at Law
P.O. Box 64029
Baltimore, MD 21264-4029

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Attorneys' fees**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.28** | Nonpriority creditor's name and mailing address
**Gary Schwartz**
5367 King Estates Court
San Jose, CA 95135

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$12,625.00**

---

**3.29** | Nonpriority creditor's name and mailing address
**Georges F. Mirza**
2060 Kaibab Place
Chandler, AZ 85249

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid wages**

Is the claim subject to offset? ■ No  ☐ Yes

**$20,965.99**

---

**3.30** | Nonpriority creditor's name and mailing address
**Greenheart Investments**
548 Market St.
San Francisco, CA 94104

Date(s) debt was incurred  **4/30/14**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Convertible note**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,301,150.68**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case: 16-53325   Doc# 1   Filed: 11/23/16   Entered: 11/23/16 14:27:41   Page 17 of 46

| Debtor | **RFSPOT, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,043,671.23 |
|---|---|---|---|

**Greenheart Investments**
**548 Market St.**
**San Francisco, CA 94104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/27/14**

Basis for the claim:  **Convertible note**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,041,315.07 |
|---|---|---|---|

**Greenheart Investments**
**548 Market St.**
**San Francisco, CA 94104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/9/14**

Basis for the claim:  **Convertible note**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000,000.00 |
|---|---|---|---|

**Greenheart Investments**
**548 Market St.**
**San Francisco, CA 94104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/30/14**

Basis for the claim:  **Convertible note**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,017.81 |
|---|---|---|---|

**Gulu Advani**
**1218 Saint Matthew Way**
**Los Altos, CA 94024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/23/16**

Basis for the claim:  **Convertible note**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,964.38 |
|---|---|---|---|

**Gulu Advani**
**1218 Saint Matthew Way**
**Los Altos, CA 94024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/20/16**

Basis for the claim:  **Convertible note**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,732.87 |
|---|---|---|---|

**HMRC**
**Benton Park View**
**Newcastle Upon Tyne**
**NE98 122 United Kingdom**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,520.00 |
|---|---|---|---|

**Jacques Broquard**
**594 Knapps Hwy**
**Fairfield, CT 06825**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 16-53325   Doc# 1   Filed: 11/23/16   Entered: 11/23/16 14:27:41   Page 18 of 46

| Debtor | **RFSPOT, Inc.** | Case number (if known) | |
|--------|------------------|------------------------|---|
| | Name | | |

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$29,606.19** |
|------|-----------------------------------------------------|----------------------------------------------------------------------|----------------|

**Jeff Bradshaw**
**PO Box 933**
**Frankfort, KY 40602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$24,566.30** |
|------|-----------------------------------------------------|----------------------------------------------------------------------|----------------|

**Jeffrey Ottinger**
**9375 Bur Oak Pl.**
**Salinas, CA 93907**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Unpaid wages__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,987.15** |
|------|-----------------------------------------------------|----------------------------------------------------------------------|---------------|

**John Hessen**
**262 El Granada Blvd.**
**Half Moon Bay, CA 94019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|------|-----------------------------------------------------|----------------------------------------------------------------------|-------------|

**John Miller**
**152 City Rd.**
**London ECIV 2NX**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$23,429.78** |
|------|-----------------------------------------------------|----------------------------------------------------------------------|----------------|

**John Peairs**
**19 Irving Dr.**
**San Anselmo, CA 94960**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Unpaid wages__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$271,055.34** |
|------|-----------------------------------------------------|----------------------------------------------------------------------|-----------------|

**Jon Gehrke**
**6001 Westown Pkwy.**
**West Des Moines, IA 50266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __7/30/15__

Basis for the claim: __Convertible note__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$26,010.96** |
|------|-----------------------------------------------------|----------------------------------------------------------------------|----------------|

**Jon Gehrke**
**6001 Westown Pkwy.**
**West Des Moines, IA 50266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2/29/16__

Basis for the claim: __Convertible note__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Case: 16-53325    Doc# 1    Filed: 11/23/16    Entered: 11/23/16 14:27:41    Page 19 of 46

Debtor    **RFSPOT, Inc.**                                    Case number *(if known)* _____

Name

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,152.19 |
|------|---|---|---|

**Joseph M. Couch**
**350 Bay St.**
**San Francisco, CA 94133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unpaid wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,544.01 |
|------|---|---|---|

**King H. Yu**
**1414 Miravalle Ave.**
**Los Altos, CA 94024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unpaid wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $37,104.26 |
|------|---|---|---|

**Kyle Stanhouse**
**1271 California St., Apt. 9**
**San Francisco, CA 94109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unpaid wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,045.85 |
|------|---|---|---|

**Luke Reid**
**1017 Dwight Ave.**
**Half Moon Bay, CA 94019-1515**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29,313.69 |
|------|---|---|---|

**Mark Dow**
**2775 Kismet Way**
**Eugene, OR 97405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unpaid wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,300.00 |
|------|---|---|---|

**Matter Communication**
**Tannery Shopping Center**
**50 Water St.**
**Newburyport, MA 01950**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,875.00 |
|------|---|---|---|

**Matthew Chin**
**1538 34th Avenue**
**San Francisco, CA 94122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unpaid wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor  **RFSPOT, Inc.**                                    Case number (if known) _____
_____
Name

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,250.00 |
|---|---|---|---|

**Michael Brown**
**4669 Murat Ct.**
**San Diego, CA 92117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unpaid wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,807.82 |
|---|---|---|---|

**Michael Oberti**
**1000 Kelly Blvd., Apt. 4B**
**Santa Clara, CA 95051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unpaid wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,937.50 |
|---|---|---|---|

**Monta Vista Finance**
**10360 Mann Dr.**
**Cupertino, CA 95014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $61,500.00 |
|---|---|---|---|

**nClouds**
**2901 Moorpark Ave.**
**San Jose, CA 95128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $53,731.51 |
|---|---|---|---|

**Olivier Mirza**
**3870 W. Linda Lane**
**Chandler, AZ 85226-2273**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/5/15**

Basis for the claim:  **Convertible note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $53,723.29 |
|---|---|---|---|

**Olivier Mirza**
**3870 W. Linda Lane**
**Chandler, AZ 85226-2273**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/6/15**

Basis for the claim:  **Convertible note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $106,558.90 |
|---|---|---|---|

**Olivier Mirza**
**3870 W. Linda Lane**
**Chandler, AZ 85226-2273**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/29/15**

Basis for the claim:  **Convertible note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

Case: 16-53325   Doc# 1   Filed: 11/23/16   Entered: 11/23/16 14:27:41   Page 21 of 46

Debtor    **RFSPOT, Inc.**                                    Case number (if known) _____
          Name

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$38,678.24** |

3.59 Nonpriority creditor's name and mailing address
**Patrick Gold**
**775 Oak St., Apt. 11**
**Mountain View, CA 94041**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$38,678.24**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unpaid wages__

Is the claim subject to offset? ☒ No ☐ Yes

---

3.60 Nonpriority creditor's name and mailing address
**PCSSO**
**440 N. Wolfe Rd.**
**Sunnyvale, CA 94085**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$95,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☒ No ☐ Yes

---

3.61 Nonpriority creditor's name and mailing address
**PG&E**
**Process Center**
**P.O.Box 997300**
**Sacramento, CA 95899-7300**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utility service__

Is the claim subject to offset? ☒ No ☐ Yes

---

3.62 Nonpriority creditor's name and mailing address
**Ramesh Siripurapu**
**1129 Vuelta Olivos**
**Fremont, CA 94539**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$6,709.78**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☒ No ☐ Yes

---

3.63 Nonpriority creditor's name and mailing address
**Russell Young**
**Purple Jade Villas, C12-1A**
**Chaoyang District, Beijing 100012**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$18,505.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☒ No ☐ Yes

---

3.64 Nonpriority creditor's name and mailing address
**Sonovate**
**6th Floor**
**80 Cannon St.**
**London, EC4N 6HL**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$97.28**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☒ No ☐ Yes

---

3.65 Nonpriority creditor's name and mailing address
**Temp CFO**
**2001 Gateway Place, Ste. 520 West**
**San Jose, CA 95110**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☒ No ☐ Yes

Case: 16-53325    Doc# 1    Filed: 11/23/16    Entered: 11/23/16 14:27:41    Page 22 of 46

Debtor    **RFSPOT, Inc.**        Case number *(if known)* _____

       Name

| 3.66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$161,611.34** |
|---|---|---|---|

**Teshager Tesfaye**
**c/o Matthew A. Mallet, Esq.**
**Law Offices of Kirk B. Freeman**
**256 Sutter Street, 6th Floor**
**San Francisco, CA 94108**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **9/2015**

**Basis for the claim:** **Breach of contract litigation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$529,095.89** |
|---|---|---|---|

**Thomas Kailath**
**346 Green Oaks Ave.**
**Atherton, CA 94027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **11/13/15**

**Basis for the claim:** **Bridge note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$527,452.05** |
|---|---|---|---|

**Thomas Kailath**
**346 Green Oaks Ave.**
**Atherton, CA 94027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/3/15**

**Basis for the claim:** **Bridge note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$263,150.68** |
|---|---|---|---|

**Thomas Kailath**
**346 Green Oaks Ave.**
**Atherton, CA 94027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/17/15**

**Basis for the claim:** **Bridge note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$52,104.11** |
|---|---|---|---|

**Thomas Kailath**
**346 Green Oaks Ave.**
**Atherton, CA 94027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2/19/16**

**Basis for the claim:** **Convertible note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$51,857.53** |
|---|---|---|---|

**Thomas Kailath**
**346 Green Oaks Ave.**
**Atherton, CA 94027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **3/20/16**

**Basis for the claim:** **Convertible note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$70,078.08** |
|---|---|---|---|

**Trinet**
**1100 San Leandro Blvd., Ste. 400**
**San Leandro, CA 94577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case: 16-53325    Doc# 1    Filed: 11/23/16    Entered: 11/23/16 14:27:41    Page 23 of 46

| Debtor | RFSPOT, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43,093.52 |
|---|---|---|---|

**Triple V Consulting**
**1360 NE 8th Ave.**
**Oak Harbor, WA 98277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,613.75 |
|---|---|---|---|

**Urban Glue**
**20455 Linden Rd.**
**Deephaven, MN 55331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48,957.38 |
|---|---|---|---|

**Vincent David Ulfig**
**201 Panorama Dr.**
**San Francisco, CA 94131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Unpaid wages__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:  List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 12,396,915.43 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. $ | 12,396,915.43 |

Case: 16-53325   Doc# 1   Filed: 11/23/16   Entered: 11/23/16 14:27:41   Page 24 of 46

**Fill in this information to identify the case:**

Debtor name **RFSPOT, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                      12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*       *Property*
   (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                                      Best Case Bankruptcy

Case: 16-53325   Doc# 1   Filed: 11/23/16   Entered: 11/23/16 14:27:41   Page 25 of 46

**Fill in this information to identify the case:**

Debtor name    **RFSPOT, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors
             12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**          Column 2: **Creditor**

| | Name | Mailing Address | | | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|---|---|
| 2.1 | _____ | Street _____ <br> City   State   Zip Code | | | | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 | _____ | Street _____ <br> City   State   Zip Code | | | | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | _____ | Street _____ <br> City   State   Zip Code | | | | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | _____ | Street _____ <br> City   State   Zip Code | | | | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **RFSPOT, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**    **Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2016** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$0.00** |
   | **For prior year:**<br>From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | **$0.00** |
   | **For year before that:**<br>From **1/01/2014** to **12/31/2014** | ■ Operating a business<br>☐ Other _____ | **$90,157.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2016** to **Filing Date** | **Sale of inventory** | **$1,500.00** |

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | RFSPOT, Inc. | Case number *(if known)* |
|---|---|---|

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Allan Adair** **555 San Antonio Rd., Apt. 529** **Mountain View, CA 94040** **Shareholder** | **12/8/15:$3,60 3.64;** **12/15/15: $3,603.64; 1/1/16: $3,603.64; 2/5/16: $3,700; 3/1/16: $2,113.84** | **$16,624.76** | **Wages** |
| 4.2. | **Andrew Gold** **4962 El Camino Real** **Los Altos, CA 94022** **CEO** | **12/8/15: $4,997.12; 1/15/16: $997.14; 1/26/16: $340.00; 2/8/16: $3,997.12; 2/2/16: $5,400; 2/25/16: $3,497.12; 3/3/16: $1,497.12** | **$20,725.62** | **Wages** |
| 4.3. | **Claire Palmer** **5784 Herma St.** **San Jose, CA 95123** **Shareholder** | **12/4/15: $2,145.21; 12/15/15: $2,145.21; 1/5/16: $2,145.21; 3/4/16: $1293.84** | **$7,729.47** | **Wages** |
| 4.4. | **Georges F. Mirza** **2060 Kaibab Place** **Chandler, AZ 85249** **Chief Product Officer** | **12/8/15: $5,110.85; 12/17/15: $5,996.86; 1/5/16: $5,110.85; 2/29/16: $3,093.95** | **$19,312.50** | **Wages** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    **RFSPOT, Inc.**                                          Case number *(if known)*

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.5. **John Miller**<br>**152 City Rd.**<br>**London ECIV 2NX**<br>**Shareholder** | **12/4/15:**<br>**$5,883.26;**<br>**12/28/15:**<br>**$5,806.64;**<br>**1/5/16:**<br>**$7,068.94;**<br>**2/24/16:**<br>**$2,000** | **$20,758.84** | **Wages** |
| 4.6. **King H. Yu**<br>**1414 Miravalle Ave.**<br>**Los Altos, CA 94024**<br>**Noteholder** | **12/4/15:**<br>**$3,818.80;**<br>**12/15/15:**<br>**$3,818.80;**<br>**1/5/16:**<br>**$3,818.80;**<br>**3/1/16:**<br>**$1,906.12** | **$13,362.52** | **Wages** |

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

    ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

    ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:    Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

    ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Teshager Tesfaye v. RFSpot, Inc.**<br>**16CV299437** | **Complaint for Breach of Contract and Common Count for Book Account** | **Superior Court of California**<br>**191 North First Street**<br>**San Jose, CA 95113** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8.  **Assignments and receivership**
    List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

    ■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor __RFSPOT, Inc.__     Case number *(if known)* _____

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| | | | |

## Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

## Part 6: Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Binder & Malter LLP<br>2775 Park Avenue<br>Santa Clara, CA 95050** | **Debtor paid to Binder & Malter the sum of $2,432.25 for pre-bankruptcy analysis. Debtor has also paid to Binder & Malter, LLP the sum of $7,232.75 for this Chapter 7 case. Debtor has agreed to pay to Binder & Malter, LLP at the rate of $495 per hour for extraordinary services, if such are necessary.** | **October, 20, 2016** | **$9,665.00** |

   Email or website address
   **www.bindermalter.com**

   Who made the payment, if not debtor?

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ☐ None.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | RFSPOT, Inc. | Case number *(if known)* | |
|---|---|---|---|

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.1<br>. | **All Assset Recovery Corp.**<br>**45268 Industrial Drive**<br>**Fremont, CA 94538** | **Inventory consisting of workbenches and<br>desks.** | **11/22/16** | **$1,500.00** |
| | Relationship to debtor<br>**None** | | | |

---

**Part 7:** Previous Locations

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

**Part 8:** Health Care Bankruptcies

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If  debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

**Part 9:** Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ■ No.
   ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ■ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:** Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ■ None

| Financial Institution name and<br>Address | Last 4 digits of<br>account number | Type of account or<br>instrument | Date account was<br>closed, sold,<br>moved, or<br>transferred | Last balance<br>before closing or<br>transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Dave Epstein 1118 Emerson St. Palo Alto, CA 94301 | bank account | Funds received from All Asset Recovery Corp. from the sale of the Debtor's inventory were deposited by Dave Epstein, shareholder of the Debtor, as the Debtor no longer has a bank account. | $1,500.00 |

**Part 12:  Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■  No.
☐  Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■  No.
☐  Yes. Provide details below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                              Best Case Bankruptcy

Case: 16-53325   Doc# 1   Filed: 11/23/16   Entered: 11/23/16 14:27:41   Page 32 of 46

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:  Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |
| 25.1. **RFSpot, Inc.**<br>**4962 El Camino Real**<br>**Los Altos, CA 94022** | **Robotic Software** | **EIN:   27-4978841**<br><br>**From-To   11/22/10 to 3/15/16** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **tempCFO, Inc.**<br>**2001 Gateway Place, Ste. 520 West**<br>**San Jose, CA 95110** | **2012 to 2016** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement
within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial
statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

Case: 16-53325    Doc# 1    Filed: 11/23/16    Entered: 11/23/16 14:27:41    Page 33 of 46

Debtor     **RFSPOT, Inc.**                                           Case number *(if known)*

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1 | **Andrew Gold** | **4/15/16** | **$3,200 cost** |

Name and address of the person who has possession of inventory records

**Andrew Gold**
**4920 El Camino Real**
**Los Altos, CA 94022**

| | | Date of inventory | |
|---|---|---|---|
| 27.2 | **Andrew Gold** | **10/15/16** | **$3,200 cost** |

Name and address of the person who has possession of inventory records

**Andrew Gold**
**4920 El Camino Real**
**Los Altos, CA 94022**

---

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Andrew Gold** | **4920 El Camino Real Los Altos, CA 94022** | **CEO and Founder** | **48.22%** |

---

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

---

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | **See answer to No. 4. above.** | | | |

Relationship to debtor

---

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **RFSPOT, Inc.**                                    Case number *(if known)*

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Debtor   **RFSPOT, Inc.** _____   Case number *(if known)* _____

---

**Part 14:**   Signature and Declaration

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November 23, 2016**
_____

**/s/ Andrew Gold**                                                          **Andrew Gold**
_____                                   _____
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **President**
_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Case: 16-53325   Doc# 1   Filed: 11/23/16   Entered: 11/23/16 14:27:41   Page 36 of 46

# United States Bankruptcy Court
## Northern District of California - San Jose Division

In re   **RFSPOT, inc.**                                              Case No.

                                               Debtor(s)          Chapter    **7**

## STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1.      The undersigned is the attorney for the debtor(s) in this case.

2.      The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:

| | | |
|---|---|---:|
| a) | For legal services rendered or to be rendered in contemplation of and in connection with this case | $ 9,665.00 |
| b) | Prior to the filing of this statement, debtor(s) have paid | $ 9,665.00 |
| c) | The unpaid balance due and payable is | $ 0.00 |

3.      $ **335.00** of the filing fee in this case has been paid.

4.      The Services rendered or to be rendered include the following:
        a.    Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
        b.    Preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.
        c.    Representation of the debtor(s) at the meeting of creditors.

5.      The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and

6.      The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and

7.      The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:

8.      The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:

9.      On October 20, 2016, Debtor paid to Binder & Malter, LLP the sum of $2,432.25 for pre-bankruptcy analysis. Debtor also paid to Binder & Malter, LLP the sum of $7,232.75 for this Chapter 7 case.  Debtor has agreed to pay to Binder & Malter, LLP at the rate of $495 per hour for extraordinary services, if such are necessary.

Dated:  November 23, 2016                                Respectfully submitted,

                                                        Attorney for Debtor: **Michael W. Malter #96533**
                                                        **Binder & Malter, LLP**
                                                        **2775 Park Avenue**
                                                        **Santa Clara, CA 95050**
                                                         **(408) 295-1700  Fax: (408) 295-1531**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

In re                                                    Case No.

    **RFSPOT, Inc.**

_____ Debtor(s).          /

### CREDITOR MATRIX COVER SHEET

       I declare that the attached Creditor Mailing Matrix, consisting of __7__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: **November 23, 2016**


                         **/s/ Michael W. Malter**
                         _____
                         Signature of Debtor's Attorney or Pro Per Debtor

4920 Corporation
4920 El Camino Real
Los Altos, CA 94022


Adcomm Group
407 Center Pointe Circle, #1679
Altamonte Springs, FL 32701


Allan Adair
555 San Antonio Rd., Apt. 529
Mountain View, CA 94040


Andrew Gold
4962 El Camino Real
Los Altos, CA 94022


Arnold Porter, LLP
Attorneys at Law
3 Embarcadero Center
San Francisco, CA 94111


Blue Shield of California
50 Beale St.
San Francisco, CA 94105


Christine Robison
Attorney at Law
1501 The Alameda
San Jose, CA 95126


Claire Palmer
5784 Herma St.
San Jose, CA 95123

Colin Davey
3480 Danna Ct.
Eugene, OR 97405


CPG Catnet
13501 Ranch Roaf 12 STE 103
Wimberley, TX 78676


Daigazou (Jiri Fajtl)
368 Oxford Rd.
Kidlington, Oxfordshire  OX51DA


Dave Epstein
1118 Emerson St.
Palo Alto, CA 94301


David Gurevich
21 Barroilhet Ave.
San Mateo, CA 94401


DLA Piper US LLP
Attorneys at Law
P.O. Box 64029
Baltimore, MD 21264-4029


Gary Schwartz
5367 King Estates Court
San Jose, CA 95135


Georges F. Mirza
2060 Kaibab Place
Chandler, AZ 85249

Greenheart Investments
548 Market St.
San Francisco, CA 94104


Gulu Advani
1218 Saint Matthew Way
Los Altos, CA 94024


HMRC
Benton Park View
Newcastle Upon Tyne
NE98 122 United Kingdom


Internal Revenue Service
Special Procedures
PO Box 7346
Philadelphia, PA 19101-7346


Jacques Broquard
594 Knapps Hwy
Fairfield, CT 06825


Jeff Bradshaw
PO Box 933
Frankfort, KY 40602


Jeffrey Ottinger
9375 Bur Oak Pl.
Salinas, CA 93907


John Hessen
262 El Granada Blvd.
Half Moon Bay, CA 94019

John Miller
152 City Rd.
London EC1V 2NX


John Peairs
19 Irving Dr.
San Anselmo, CA 94960


Jon Gehrke
6001 Westown Pkwy.
West Des Moines, IA 50266


Joseph M. Couch
350 Bay St.
San Francisco, CA 94133


King H. Yu
1414 Miravalle Ave.
Los Altos, CA 94024


Kyle Stanhouse
1271 California St., Apt. 9
San Francisco, CA 94109


Luke Reid
1017 Dwight Ave.
Half Moon Bay, CA 94019-1515


Mark Dow
2775 Kismet Way
Eugene, OR 97405

Matter Communication
Tannery Shopping Center
50 Water St.
Newburyport, MA 01950


Matthew Chin
1538 34th Avenue
San Francisco, CA 94122


Michael Brown
4669 Murat Ct.
San Diego, CA 92117


Michael Oberti
1000 Kelly Blvd., Apt. 4B
Santa Clara, CA 95051


Monta Vista Finance
10360 Mann Dr.
Cupertino, CA 95014


nClouds
2901 Moorpark Ave.
San Jose, CA 95128


Olivier Mirza
3870 W. Linda Lane
Chandler, AZ 85226-2273


Patrick Gold
775 Oak St., Apt. 11
Mountain View, CA 94041

PCSSO
440 N. Wolfe Rd.
Sunnyvale, CA 94085


PG&E
Process Center
P.O.Box 997300
Sacramento, CA 95899-7300


Ramesh Siripurapu
1129 Vuelta Olivos
Fremont, CA 94539


Russell Young
Purple Jade Villas, C12-1A
Chaoyang District, Beijing 100012


Sonovate
6th Floor
80 Cannon St.
London, EC4N 6HL


Temp CFO
2001 Gateway Place, Ste. 520 West
San Jose, CA 95110


Teshager Tesfaye
c/o Matthew A. Mallet, Esq.
Law Offices of Kirk B. Freeman
256 Sutter Street, 6th Floor
San Francisco, CA 94108


Thomas Kailath
346 Green Oaks Ave.
Atherton, CA 94027

Trinet
1100 San Leandro Blvd., Ste. 400
San Leandro, CA 94577


Triple V Consulting
1360 NE 8th Ave.
Oak Harbor, WA 98277


Urban Glue
20455 Linden Rd.
Deephaven, MN 55331


Vincent David Ulfig
201 Panorama Dr.
San Francisco, CA 94131

# United States Bankruptcy Court
## Northern District of California - San Jose Division

In re    __RFSPOT, Inc.__

Debtor(s)

Case No. _____

Chapter    __7__

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __RFSPOT, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

November 23, 2016
_____
Date

/s/ Michael W. Malter
_____
Michael W. Malter #96533
Signature of Attorney or Litigant
Counsel for    RFSPOT, Inc.
_____
Binder & Malter, LLP
2775 Park Avenue
Santa Clara, CA 95050
(408) 295-1700 Fax:(408) 295-1531